UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cr-00049-1 |
| | ) | Magistrate Judge Griffin |
| RUSSELL BROTHERS, JR. | ) | |

## MOTION OF DEFENDANT BROTHERS TO TERMINATE SPECIAL CONDITION OF RELEASE

*[Handwritten margin note: GRANTED. This motion is unopposed and is GRANTED effective the date of this Order. [signature] 10-25-13]*

COMES NOW the Defendant, **Russell Brothers, Jr.**, by and through his undersigned counsel hereby respectfully requests that the Court enter an order terminating the Special Condition of the Defendant's release requiring him to telephone his pretrial services officer twice a day, seven days a week. In support hereof, Defendant states as follows:

1. On March 18, 2013, the Defendant was released on an *Appearance Bond* (Docket Entry 11), an *Order Setting Conditions of Release* (Docket Entry 11), and an *Agreement to Forfeit Property* (Docket Entry 12). Among the Special Conditions of the Defendant's release, he has been required over the past five months or so to "call his pre-trial services officer twice a day 7 days a week from his land line at his Burns [Tennessee] address." (Docket Entry 11). Mr. Brothers has faithfully complied with this and all the conditions of his release.

2. U.S. Probation Pretrial Services Officer Angela Smith Rankin has advised undersigned counsel that Mr. Brothers has been fully compliant with this condition and has never failed to call probation as directed. Based on his compliance and his good conduct while on bond, Ms. Rankin no longer believes that this telephone reporting requirement is necessary and does not oppose this request.

**WHEREFORE**, based on the foregoing, Defendant Brothers respectfully requests that the